**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:26-CR-5 (LAG) |
| | : | |
| ANTONIO MOBLEY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is Defendant Antonio Mobley's Motion to Continue Trial and Pretrial Conference and Extend Deadlines to File Pretrial Motions (Motion). (Doc. 22). Therein, Defendant moves to continue the pretrial conference and trial in this matter, currently set for June 18, 2026, and June 29, 2026, respectively. (*Id.* ¶ 6; Doc. 19; *see* Docket). Defendant also seeks to extend all pretrial deadlines to file motions. (Doc. 22 ¶ 6; Doc. 19; *see* Docket).

On April 15, 2026, Defendant Antonio Mobley was charged with ten counts of wire fraud in violation of 18 U.S.C. §§ 1343 and 981(a)(1)(C), and 21 U.S.C. § 2461(c). (Doc. 1). Defendant made his initial appearance on May 19, 2026, and pleaded not guilty. (Docs. 13, 15). On May 20, 2026, the Court entered an Order scheduling Defendant's pretrial conference and trial for June 18, 2026, and June 29, 2026, respectively. (Doc. 19). On May 27, 2026, Defendant filed the instant Motion. (Doc. 22). Therein, Defendant requests additional time to review discovery, consider appropriate pretrial motions, and prepare a proper defense for trial. (*Id.* ¶ 5). Defendant represents that the Government does not oppose the Motion. (*Id.* ¶ 7). Defendant further states that "[t]his motion is not being offered for the purposes of delay or to frustration the administration of justice and/or this Court's docket. Rather, this motion is being offered in good faith to ensure that [Defendant's] counsel has sufficient time to review the discovery and meet with [Defendant] to discuss his options moving forward." (*Id.* ¶ 8).

Upon due consideration, the Court finds that the "ends of justice served by the granting of [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Specifically, the Court finds that failing to grant a continuance would result in a miscarriage of justice and deny Defendant's Counsel the reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). Accordingly, Defendant's Motion (Doc. 22) is **GRANTED**, and the delay occasioned by this continuance shall be deemed **EXCLUDABLE** pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is hereby **ORDERED** that the pretrial conference and trial in the above-captioned matter shall be **CONTINUED** to a date to be determined later. The deadlines in the Court's May 20, 2026 Order (Doc. 19) are hereby terminated, and a new scheduling order will be forthcoming.

**SO ORDERED**, this 29th day of May, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2